Allan Cate (SBN: 248526)
**CATE LEGAL GROUP**
888 Prospect Street, Suite 200
La Jolla, California 92037
Tel: (858) 224-5865
Fax: (858) 228-9885
allan@acatelaw.com

Attorney for Ashkan Rajaee and Nassim Rajaee

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In Re: Ashkan Rajaee and Nassim Rajaee | Case No. 25-cv-0777-BJC-JLB |
|---|---|
| Debtors. | Bankruptcy No. 24-00617-CL7 |
| | **ASHKAN RAJAEE AND NASSIM RAJAEE'S STATEMENT REGARDING WITHDRAWAL OF NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

This statement is submitted pursuant to Order dated April 11, 2025, concerning withdrawal of the appeal that is the subject of this action.

Ashkan Mirfakhr Rajaee and Nassim Rajaee ("Rajaee") hereby confirm withdraw their Notice of Appeal and Statement of Election (Bankruptcy Docket No. 273), filed on March 28, 2025, concerning Order Regarding Application for Compensation for Jesse S. Finlayson (Bankruptcy Docket No. 252), filed on March 17, 2025 in the Southern District of California Bankruptcy Court.

The Rajaees also confirm withdrawal of their notice and appeal, filed in this case (Docket No. 1 & 2).

Dated: April 16, 2025

Respectfully submitted,
**CATE LEGAL GROUP**

/s/ Allan Cate

_____
Allan Cate, Attorney for
Ashkan Mirfakhr Rajaee and Nassim Rajaee